IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON O'CONNOR, | No. 4:23-CV-01117 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PROGRESSIVE ADVANCED INSURANCE COMPANY, | |
| Defendant. | |

# ORDER

### OCTOBER 1, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Progressive Advanced Insurance Company's Motion for Summary Judgment (Doc. 10) is **DENIED**, without prejudice to renew its motion after the conclusion of expert discovery.

2. The Court will schedule a telephonic conference call with the parties by separate Order.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
Chief United States District Judge